James V. Bailey, appellee, v. United States Fidelity and Guaranty Company, appellant. Gen. No. 27,759.

Action upon an insurance policy to recover for the larceny of a diamond. Judgment for plaintiff *non obstante veredicto.* Appeal from the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Zimmerman, Mack & Garrett, for appellant; Richard P. Garrett, of counsel. Foster, Paine, Meneley & Bryant, for appellee.

Mr. Justice Matchett delivered the opinion of the court.